FILED
CLERK, U.S. DISTRICT COURT
AUG 1 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY mK                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN MINNIEFIELD,<br><br>　　　　　Defendant. | Case No. CR 08-0417 PSG<br><br>**ORDER OF DETENTION**<br><br>**[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)]** |

　　　　The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

　　　　The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.　　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) the instant allegations indicate that he is not amenable to supervision; (3) his background information is unverified; and (4) defendant submitted to detention.

　　　　and/or

1 | B.  ( ) The defendant has not met his/her burden of establishing by clear and convincing
2 | evidence that he/she is not likely to pose a danger to the safety of any other person or the
3 | community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based
4 | on:_____
5 | _____

6 | IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
7 | further revocation proceedings.

9 | Dated:  Aug. 13, 2009.

_____
Fernando M. Olguin
United States Magistrate Judge